UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT MATTHEW SHINES,<br><br>Defendant. | Criminal Action No. 25-0392-TDC |

ORDER

For the reasons stated during the February 18, 2026 Initial Status Conference and Pretrial Conference pursuant to Section 2 of the Classified Information Procedures Act ("CIPA"), it is hereby ORDERED that the Court adopts the following schedule:

| | |
|---|---|
| March 7, 2026 | Production of unclassified materials |
| March 27, 2026 | Pretrial Motions related to unclassified materials |
| April 30, 2026 | Production of materials that underwent declassification review |
| April 30, 2026 | Government's Motions pursuant to Section 4 of CIPA relating to the produced materials |
| May 18, 2026 | Government's Motions pursuant to Section 4 of CIPA relating to materials that underwent declassification review |
| May 29, 2026 | Defendant's submission relating to the Government's CIPA Section 4 Motions |
| June 3, 2026 | Status Conference |

Date: February 19, 2026

THEODORE D. CHUANG
United States District Judge